The People, *ex rel.* Dyckman, *v.* The Trustees of Brooklyn, 13 Wend. 130.

In S. Ct. 1 Wend. 318.

*Dismissing Writ of Error.*

This was an application on motion for a peremptory mandamus to the trustees of Brooklyn, to compel them to file a report of commissioners of assessment and estimate, and obtain a confirmation of the same, and to have the damages which had been awarded, duly assessed, &c.

The Supreme Court refused to issue the peremptory mandamus, as the relator did not show a complete, but only an inchoate right, and therefore, was not entitled to a mandamus ; that this writ will not be allowed, unless there is no other specific remedy, and the court, therefore, left the party to his remedy by action.

The relator brought a writ of error on this refusal of the Supreme Court to issue the peremptory mandamus. A motion was made on the part of the trustees, to dismiss it as irregularly and prematurely brought.

The Court of Errors accordingly dismissed the writ of error, holding, that a writ of error does not lie upon the refusal of the Supreme Court to grant a peremptory mandamus, when application is made on motion : that it lies only for the relator, when judgment is pronounced after issue joined, upon plea or demurrer interposed upon the coming in of the return to the alternative mandamus; and the writ of error was accordingly dismissed.